No. 88–5133.  FALKNER *v.* JONES, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 88–5203.  WALKER *v.* MARYLAND PUBLIC DEFENDER OFFICE ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 88–5230.  CALDWELL *v.* BUREAU OF FEDERAL PRISONS. C. A. 4th Cir.  Certiorari denied.

No. 88–5234.  FLYNN *v.* FLORIDA.  Dist. Ct. App. Fla., 4th Dist.  Certiorari denied.

No. 88–5235.  JAMES *v.* FEDERAL BUREAU OF INVESTIGATION ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 88–5250.  SHERAZEE *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 88–5253.  STREATER *v.* WILLIAMS, DIRECTOR, DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS.  C. A. D. C. Cir. Certiorari denied.

No. 88–5257.  WOOD *v.* CONNECTICUT.  Sup. Ct. Conn.  Certiorari denied.

No. 88–5260.  FERENC *v.* INTERNAL REVENUE SERVICE. C. A. 11th Cir.  Certiorari denied.

No. 88–5265.  FLEEGLE *v.* MARYLAND.  Ct. Sp. App. Md. Certiorari denied.

No. 88–5268.  KITCHEN *v.* INDIANA.  Ct. App. Ind.  Certiorari denied.

No. 88–5269.  BELL *v.* BORG, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 88–5272.  HINES *v.* ILLINOIS.  App. Ct. Ill., 4th Dist. Certiorari denied.

No. 88–5277.  WORLEY *v.* WEST VIRGINIA.  Sup. Ct. App. W. Va.  Certiorari denied.

No. 88–5282.  DE YOUNG *v.* DE KOSTER ET AL.  C. A. 8th Cir. Certiorari denied.